Ben Sternfeld v. Vanity Bridge Club, Inc.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.